# IN THE UNITED STATES DISTRICT COURTS
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| **SHERRILL RAY ROGERS,**<br><br>Plaintiff,<br><br>v.<br><br>**INFILTRATOR WATER TECHNOLOGIES, LLC WELFARE PLAN; INFILTRATOR WATER TECHNOLOGIES, LLC; AETNA LIFE INSURANCE COMPANY; and THE HARTFORD FINANCIAL SERVICES GROUP, INC. D/B/A THE HARTFORD,**<br><br>Defendants. | Case No. 5:22-cv-00029-DCR |

## JOINT STIPULATION TO DISMISS
## INFILTRATOR WATER TECHNOLOGIES, LLC WELFARE PLAN,
## INFILTRATOR WATER TECHNOLOGIES, LLC, and
## THE HARTFORD FINANCIAL SERVICES GROUP, INC.

Plaintiff Sherrill Ray Rogers and Defendants Aetna Life Insurance Company ("Aetna"), The Hartford Financial Services Group, Inc. ("HFSG"), Infiltrator Water Technologies, LLC ("Infiltrator"), and the Infiltrator Water Technologies, LLC Welfare Plan (the "Plan") (collectively, "Defendants") stipulate as follows:

1.  The parties acknowledge that Aetna has issued a group policy to Infiltrator Water Technologies, LLC (the "Policy"), which provides group short-term disability ("STD") benefits.

2.  Defendants represent that the STD benefits offered by Infiltrator under the Plan are insured by Aetna through the Policy.

3.  Defendants further represent that HFSG is a holding company that did not take any part in the administration of Plaintiff's claim.

4.  Therefore, Aetna will satisfy any judgment rendered in this action for Plaintiff's claim under 29 U.S.C. § 1132(a)(1)(B) and will not raise procedural issues relating to the exclusion of Infiltrator, the Plan, or HFSG as defendants for purposes of its defenses.

5.  Further, the parties agree that Infiltrator, the Plan, and HFSG are not necessary for the adjudication of the claims presented in this action and should be dismissed without prejudice.

6.  By this stipulation, the parties acknowledge that Aetna does not waive or alter, in any way, any other of its available procedural or substantive defenses in this litigation and specifically does not waive its right to contend that Plaintiff is not entitled to any relief or recovery under the Complaint.

7.      The parties further agree that Plaintiff reserves the right to serve the dismissed defendants at a later time if he needs to seek relief different than that provided in the Policy issued by Aetna.

The undersigned attorneys hereby consent to the form, content and entry of the within Stipulation and agree that The Hartford Financial Services Group, Inc., Infiltrator Water Technologies, LLC, and the Infiltrator Water Technologies, LLC Welfare Plan shall be removed as parties to this action:

| | |
|---|---|
| *s/ William B. Wahlheim, Jr.* | *s/ L. Dustin Riddle (w/ permission)* |
| William B. Wahlheim, Jr. | L. Dustin Riddle |
| (*Pro hac vice* motion to be filed) | FLYNT LAW OFFICES |
| MAYNARD, COOPER & GALE, P.C. | P.O. Box 760 |
| 1901 Sixth Avenue North | Salyersville, KY 41465 |
| Suite 1700 | (606) 349-6210 |
| Birmingham, AL  35203 | lydia_themotivator@hotmail.com |
| (205) 254-1000 | ldridd3@yahoo.com |
| wwahlheim@maynardcooper.com | *Counsel for Plaintiff* |
| *Counsel for Defendant* | |