UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| SHERRILL RAY ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 22-029-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| INFILTRATOR WATER | ) | **ORDER** |
| TECHNOLOGIES, LLC WELFARE | ) | |
| PLAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the parties' joint stipulation to dismiss the plaintiff's claims against Defendants Infiltrator Water Technologies, LLC Welfare Plan, Infiltrator Water Technologies, LLC, and the Hartford Financial Services Group, Inc. [Record No. 11] Having considered the matter, it is hereby

**ORDERED** that the parties' stipulation, which is docketed as a motion [Record No. 11], is **GRANTED**. Plaintiff Sherrill Rogers' claims against Defendants Infiltrator Water Technologies, LLC Welfare Plan, Infiltrator Water Technologies, LLC, and the Hartford Financial Services Group, Inc. are **DISMISSED**. These defendants shall be **TERMINATED** as parties to this action.

- 2 -

Dated: March 7, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky