IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| SHERRILL RAY ROGERS,<br><br>　　　　　Plaintiff,<br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 5:22-cv-00029-DCR |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Sherrill Ray Rogers ("Plaintiff") and remaining Defendant Aetna Life Insurance Company ("Defendant"), by and through their undersigned counsel, agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

Dated this 13th day of May 2022.

| | |
|---|---|
| FLYNT LAW OFFICES | MAYNARD COOPER & GALE, P.C. |
| /s/ L. Dustin Riddle<br>P.O. Box 760<br>Salyersville, KY 41465<br>Attorney for Plaintiff | /s/ William B. Wahlheim, Jr.<br>1901 Sixth Avenue No., Suite 1700<br>Birmingham, AL 35203<br>Attorney for Defendant |