UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| SHERRILL RAY ROGERS, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 5: 22-029-DCR |
| V. | ) ) | |
| AETNA LIFE INSURANCE COMPANY, | ) ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have tendered a joint stipulation of dismissal with respect to the plaintiff's remaining claims. [Record No. 17] Accordingly, it is hereby

**ORDERED** as follows:

1. Plaintiff Sherrill Ray Rogers' claims asserted against Defendant Aetna Life Insurance Company are **DISMISSED**, with prejudice.

2. Each party shall bear her/its respective costs.

3. This action is **DISMISSED** and **STRICKEN** from the docket.

Dated: May 16, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky